UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL HAVER ,

      Plaintiff,

v.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN,

      Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:26-cv-1815

## ORDER OF RECUSAL

In accordance with 28 U.S.C. § 455(a), I hereby disqualify myself from all further proceedings in this case.  Accordingly,

**IT IS ORDERED** that the undersigned judicial officer is hereinafter recused from any further involvement in this case.

**IT IS FURTHER ORDERED** that the Clerk shall randomly assign another magistrate judge to this case.

Dated: July 7, 2026

/s/ Ray Kent
RAY KENT
United States Magistrate Judge